UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| LARRY ALAN MORROW | ) | |
| | ) | |
| Plaintiff, | ) | 1:21-cv-0042 |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| SYNGENTA CROP PROTECTION LLC, et ano., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Pursuant to the Conditional Transfer Order (CTO-4) of the Judicial Panel on Multidistrict Litigation, Docket No. 3004, this case is hereby transferred to the United States District Court for the Southern District of Illinois for coordinated or consolidated proceedings.

The Clerk of Court is directed to close this case and electronically transmit the record to the United States District Court for the Southern District of Illinois.

It is so **ORDERED.**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE